IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYNAE VAHLE,<br>*Individually and as Guardian of K.V., a minor,*<br>*and on behalf of all others similarly situated,*<br><br>                    **Plaintiff,**<br>vs.<br><br>ACKERCAMPS.COM LLC,<br><br>                    **Defendant.** | Case No.: 3:22-cv-2256-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on August 14, 2023 (Doc. 26), as well as the Joint Stipulation of Dismissal (Doc. 25), this matter is **DISMISSED without prejudice** with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

**DATED: August 15, 2023**

                                        **MONICA A. STUMP, Clerk of Court**

                                        *s/ Dana M. Winkeler*
                                        **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**